USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MEI XIAO,

                Petitioner,

    -v-

LEE F. BOWES, in his official capacity as New York District Director, United States Citizenship and Immigration Services,

                Respondent.
-------------------------------------------------------------------X

19-cv-11786 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On March 16, 2020, the Court granted Respondent's motion to adjourn the initial pretrial conference previously scheduled for March 26, 2020. It is hereby ORDERED that the conference shall take place by telephone on May 22, 2020 at 3:00 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

SO ORDERED.

Dated: March 19, 2020
      New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge